# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE TRINIDAD,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | 1:15-cv-00436-GSA-HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT<br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 15, 2015, Petitioner filed a motion to amend the petition to name the proper respondent in which he requests that the name of Respondent be changed to Stu Sherman, who is warden of California Substance Abuse Treatment Facility and State Prison. Accordingly, Petitioner's motion to amend the petition is GRANTED, and the Clerk of Court is DIRECTED to change the name of Respondent to Stu Sherman.

IT IS SO ORDERED.

    Dated: **June 18, 2015**        **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE